IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY and ANNE CLEMENTS,
on behalf of themselves
and all others similarly situated					PLAINTIFFS

V.					Civil No. 4:13-cv-4048

DIRECTV, LLC							DEFENDANT

## ORDER

On June 3, 2013, the Court granted Plaintiffs an extension to respond to Defendant's Motion to Dismiss and/or Stay Proceedings Pending Arbitration and to Compel Arbitration (ECF No. 26). The Court gave Plaintiff fourteen (14) days from the date that the Court issues an order on Plaintiffs' Motion to Remand. The Court now finds it necessary to amend the deadline. Plaintiffs shall have seven (7) days from the date that the Court issues an order on Plaintiffs' Motion to Remand to respond to Defendant's Motion to Dismiss and/or Stay Proceedings Pending Arbitration and to Compel Arbitration.

**IT IS SO ORDERED**, this 21st day of February, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge