IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY and ANNE CLEMENTS,
on behalf of themselves
and all others similarly situated                                                    PLAINTIFFS

V.                                Civil No. 4:13-cv-4048

DIRECTV, LLC                                                                         DEFENDANT

**ORDER**

     Before the Court is a Motion to Withdraw filed by Plaintiffs Larry and Anne Clements. (ECF No. 38).  Plaintiffs seek to remove Christopher D. Jennings as attorney of record in this case because he is no longer employed at Emerson Poynter LLP, the law firm representing Plaintiffs.  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Mr. Jennings is relieved as counsel of record for Plaintiffs.  The law firm of Emerson Poynter LLP shall remain Plaintiffs' counsel of record.  The Clerk is directed to remove Christopher D. Jennings from any future ECF notification in this matter.

     **IT IS SO ORDERED**, this 27th day of February, 2014.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                United States District Judge